# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL STEWART, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )  No. 16-6117-CV-SJ-BP |
| | ) |
| DAVID SPEISER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER DENYING PLAINTIFF MICHAEL STEWART'S PRO SE MOTION FOR COPIES

An Amended Judgment was entered in this case in October 2018. Now pending is Plaintiff Michael Stewart's pro se motion for copies. The motion, (Doc. 205), is denied, but the Clerk of Court is directed to provide Plaintiff with a copy of the Docket Sheet.

Plaintiff seeks "a copy of all documents and filings, along with all pictures and other evidence used or considered by the court." (Doc. 205.) As an initial matter, exhibits introduced during hearings and at trial are not filed with or retained by the Court, so the Court cannot provide them. With respect to the documents (including exhibits, transcripts, and other materials) that have been filed, the Court cannot make copies of everything that has been filed and provide them to a party free of charge. A policy regarding the method for obtaining copies has been adopted by the Court; the undertaking Plaintiff requests would require a significant amount of time and resources, and the Court will not deviate from the policy and direct its staff to copy all of the over 200 documents (not counting attachments) filed in this case and provide them to Plaintiff. The Court's policy can be found at the following link: https://www.mow.uscourts.gov/district/dist-general/copy-requests-district-court. In addition, Plaintiff can come to the Courthouse and view the documents for free.

The Clerk of Court is directed to mail a copy of this Order and the Docket Sheet to Plaintiff at the following address:

Michael Stewart
7319 NW Katie Circle
Parkville, Missouri 64151

**IT IS SO ORDERED.**

DATE: September 23, 2019

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT